JOHN J. BAUM, PLAINTIFF-RESPONDENT, v. FORDE HOMES, INC., DEFENDANT-PETITIONER.

*Mr. David V. Zurav* and *Messrs. Levy, Lemken & Margulies* for the petitioner.

*Mr. Peter J. Van Norde* for the respondent.

September 12, 1958.   Denied.

J. J. TANENBAUM, *ET AL.*, PLAINTIFFS-PETITIONERS, v. SYLVAN BUILDERS, INC., *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below:   50 *N. J. Super.* 342.

*Messrs. Schreiber, Lancaster & Demos* for the petitioners.

*Messrs. Ferrara, Guez & Dailey* for the respondents.

September 12, 1958.   Granted.